**Order entered February 17, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00768-CV

## IN THE GUARDIANSHIP OF RICHARD W. THOMPSON, JR.,
## AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. GA1-0261-2018**

### ORDER

After appellant provided verification that she paid $1,144 for the clerk's record, we ordered the clerk's record be filed by February 6, 2023. In response, Erin Johnson, Probate/Mental Administrator in the County Clerk's Office, filed a letter stating that $1,144 was the cost provided to appellant in August. Since then, Ms. Johnson explains, appellant has requested additional documents and the current cost of the clerk's record is $3,158. To clarify this matter, we **ORDER** appellant to provide, on or before **February 27, 2023**, written verification of whether she wants the clerk's record with the requested documents at the time the clerk quoted the cost of $1,144 or if she wants a different record with additional

documents and has paid any additional amount.  We caution appellant that should she fail to comply, we will order the clerk to file the clerk's record as designated when the cost was assessed at $1,144.

We **DIRECT** the Clerk of this Court to send a copy of this order to Stacey Kemp, Collin County District Clerk; Ms. Johnson; and, all parties.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE